[Cite as *State ex rel. Avery v. Union Cty. Court of Common Pleas*, 125 Ohio St.3d 35, 2010-Ohio-1427.]

THE STATE EX REL. AVERY, APPELLANT, *v.* UNION COUNTY
COURT OF COMMON PLEAS, APPELLEE.

[Cite as *State ex rel. Avery v. Union Cty. Court of Common Pleas*,
125 Ohio St.3d 35, 2010-Ohio-1427.]

*Appeal from dismissal of complaint for writ of mandamus — Mandamus not
available to control judicial discretion — Judgment affirmed.*

(No. 2009-2346 — Submitted March 31, 2010 — Decided April 7, 2010.)

APPEAL from the Court of Appeals for Union County, No. 14-09-35.

_____

**Per Curiam.**

**{¶ 1}** We affirm the judgment of the court of appeals dismissing the petition of appellant, Edward B. Avery Sr., for a writ of mandamus to compel appellee, Union County Court of Common Pleas, to grant his pending motion by causing his sentencing entry to "speak the truth." "[M]andamus will not lie to control judicial discretion, even if that discretion is abused." *State ex rel. Dreamer v. Mason*, 115 Ohio St.3d 190, 2007-Ohio-4789, 874 N.E.2d 510, ¶ 12. Therefore, mandamus will not issue to compel the common pleas court to enter a specific judgment on Avery's pending motion. *State ex rel. Rashada v. Pianka*, 112 Ohio St.3d 44, 2006-Ohio-6366, 857 N.E.2d 1220, ¶ 3.

Judgment affirmed.

MOYER, C.J.,[1] and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Edward B. Avery Sr., pro se.

_____

_____

1. The late Chief Justice Thomas J. Moyer participated in the deliberations in, and the final resolution of, this case prior to his death.